**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DWIGHT I. STEWARD,

    Plaintiff,

v.                                                     Case No. 13-13052

MICHIGAN COMPENSATION APPELLATE
COMMISSION, et al.,

    Defendant.
                                                         /

**ORDER DISMISSING CASE**

On August 15, 2013, the court entered an order requiring Plaintiff Dwight Steward to show cause why his action should not be dismissed for failure to state a claim under 28. U.S.C. § 1915(e)(2). Plaintiff responded but he failed to identify a valid basis for subject matter jurisdiction. Because Plaintiff's response does not cure or otherwise explain the deficiency noted in the court's "Order to Show Cause,"

IT IS ORDERED that this action is DISMISSED.

                                                          s/Robert H. Cleland
                                                          ROBERT H. CLELAND
                                                          UNITED STATES DISTRICT JUDGE

Dated: September 10, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 10, 2013, by electronic and/or ordinary mail.

                                                          s/Lisa Wagner
                                                          Case Manager and Deputy Clerk
                                                          (313) 234-5522